**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IMELDA CONTRERAS GONZALES, | No. 09-71043 |
| Petitioner, | Agency No. A070-952-052 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]
San Francisco, California

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Imelda Contreras Gonzales, a native and citizen of Guatemala, petitions pro

se for review of the decision of the Board of Immigration Appeals affirming the

immigration judge's denial of her application for cancellation of removal relief

---

[*]  This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]  The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

based on her failure to establish the requisite hardship to her United States citizen children.

Contreras Gonzales contends that the BIA erred in denying her cancellation application because her United States citizen children will experience hardship if she is removed to Guatemala. We lack jurisdiction to review the IJ's discretionary hardship determination. *See Mendez-Castro v. Mukasey*, 552 F.3d 975, 980 (9th Cir. 2009); *see also Romero-Torres v. Ashcroft*, 327 F.3d 887, 891 (9th Cir. 2003).

**PETITION FOR REVIEW DISMISSED**.